UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 MAR 24 AM 9:39

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

'08 MJ 0899

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Juan Jose MIRANDA,** Defendant. | Magistrate Case No.________ COMPLAINT FOR VIOLATION OF Title 8, U.S.C., Section 1326 Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about **March 22, 2008**, within the Southern District of California, defendant **Juan Jose MIRANDA**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **24TH** DAY OF **MARCH, 2008.**

UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Jorge E. Rosario, declare under penalty of perjury the following to be true and correct:

On March 22, 2008, at approximately 10:30 AM, **Juan Jose MIRANDA (Defendant)**, applied for admission into the United States from Mexico through the San Ysidro, California, Port of Entry pedestrian lanes. Defendant did not present proof of identity and immediately stated to a U.S. Customs and Border Protection (CBP) Officer that all his documents were stolen in Mexico. Defendant stated to the CBP Officer that he lived in San Ysidro, California, and that he was citizen of the United States. The CBP officer escorted Defendant to the secondary area for further inspection.

During secondary inspection, Defendant was searched by fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a match to the query confirming Defendant's identity and linking him to an Immigration Service record and FBI record.

Central Index System (CIS) and Deportable Alien Control System (DACS) queries confirmed Defendant to be a citizen of Mexico with no legal rights or documents to enter the United States. DACS records indicate Defendant was ordered deported from the United States by an Immigration Judge on or about July 22, 1988, and was most recently deported, excluded or removed from the United States to Mexico on February 1, 2001, via the San Ysidro Port of Entry. Defendant Immigration records contain no evidence that Defendant has applied for, or received permission from the Attorney General or the Secretary of Homeland Security to legally re-enter the United States.

EXECUTED ON THIS **22nd** DAY OF **MARCH, 2008** AT **6:00 PM**.

Jorge E. Rosario / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **one** page, I find probable cause to believe that the defendant named therein committed the offense on **March 22, 2008** in violation of Title 8, United States Code, Section 1326.

MAGISTRATE JUDGE

3/23/08, 1459 hrs
DATE / TIME